BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-H-201-AW

JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY, a/s/o TRANS-LUX CORPORATION,

Plaintiff,

-against-

CONCORDIA INTERNATONAL FORWARDING CORP., and SINGAPORE AIRLINES,

Defendants.

----------------------------------------------------------------X

'07 CIV 5813

**RULE 7.1 STATEMENT**




PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

**SEE ATTACHED**

DATED: June 12, 2007

SIGNATURE OF ATTORNEY
ALFRED J. WILL

**ALLIANZ OF AMERICA, INC**

Allianz Insurance Company
Allianz Insurance Group
Allianz Underwriters Ins Co
American Automobile Ins Co
American Insurance Company
American Standard Lloyd's
Associated Indemnity Corp
Chicago Insurance Company
Fireman's Fund Cty Mut Ins
Fireman's Fund Indemnity Corp
Fireman's Fund Insurance Cos
Fireman's Fund Insurance Co
Fireman's Fund Ins Co of GA
Fireman's Fund Ins Co of HI
Fireman's Fund Ins Co of LA
Fireman's Fund Ins Co of MO
Fireman's Fund Ins Co of NE
Fireman's Fund Ins Co of OH
Fireman's Fund Ins Co of WI
Interstate Fire & Casualty Co
Interstate Indemnity Company
Midway Ins Co of Illinois
National Surety Corporation
Vintage Insurance Company
Warner Insurance Company

**Fireman's Fund Ins Co of TX**

**Jefferson Insurance Group**

Jefferson Insurance Co of NY
Monticello Insurance Co

**Parkway Insurance Company**

**San Francisco Reinsurance Co**