S:\FILES\5222_CONCORDIA\5222R7.1.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Craig S. English
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Defendant
CONCORDIA INTERNATIONAL FORWARDING CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a/s/o TRANS-LUX CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　- v. -<br><br>CONCORDIA INTERNATIONAL FORWARDING CORP., and SINGAPORE AIRLINES,<br><br>　　　　　　　Defendants. | 07 Civ. 5813 (DC)<br><br>RULE 7.1 STATEMENT |

　　　　Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the defendant, Concordia International Forwarding Corp., certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

　　　　　　　　　　　　　　None.

Dated:　New York, New York　　　KENNEDY LILLIS SCHMIDT & ENGLISH
　　　　August 1, 2007　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　CONCORDIA INTERNATIONAL
　　　　　　　　　　　　　　　　　　FORWARDING CORP.

1

By: _____/s/ C. English_____
    Craig S. English
    75 Maiden Lane – Suite 402
    New York, New York  10038-4816
    Telephone:  212-430-0800