UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FIREMAN'S FUND INSURANCE COMPANY           :
a/s/o TRANS-LUX CORPORATION,               :              Civil Action No.
                                           :              07 Civ. 5813 (DC)
                 Plaintiff,                :
                                           :
            - against -                    :
                                           :              **RULE 7.1 STATEMENT**
CONCORDIA INTERNATIONAL                    :              **OF DEFENDANT**
FORWARDING CORP. and SINGAPORE             :              **<u>SINGAPORE AIRLINES</u>**
AIRLINES,                                  :
                                           :
                 Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

attorney of record for defendant SINGAPORE AIRLINES, LTD. ("SINGAPORE"), certifies

that there is no parent corporation of SINGAPORE and no publicly held corporation holds 10%

or more stock of SINGAPORE.

Dated: New York, New York
       August 7, 2007

               CONDON & FORSYTH LLP

               By_____
                   Stephen J. Fearon (SF 8740)
               7 Times Square
               New York, New York 10036
               (212) 490-9100

               Attorneys for Defendant
               SINGAPORE AIRLINES, LTD.